

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00260-CV

Kafai **LEE**,
Appellant

v.

Kenneth **LAU**, Connie Andrews, and Golden Wok, LTD.,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12940
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the parties' agreed motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against the party incurring same.

SIGNED December 9, 2015.

_____
Karen Angelini, Justice